No. 3237.—J. R. JEFFREY & SONS *v.* W. D. PHILIPS.

23  207
115  644

Citation of appeal must be served on the appellee, if he resides in the State. C. P. 582. The appellee who resides in the State, can not be made a party to the appeal by service of citation on the attorney.

APPEAL from the Seventh District Court, parish of Pointe Coupée. *Posey*, J. *Greaves & Dupree*, for plaintiffs and appellants. *Collins & Leake*, for defendant and appellee.

WYLY, J. The motion to dismiss this appeal must prevail on the ground that the defendant, the appellee, was not cited; he being a citizen of this State can not be made party to the appeal by service of citation on his attorney. C. P. 581, 582; 21 An. 429.

It is therefore ordered that the appeal herein be dismissed at the costs of the appellant.